# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

 Uniloc USA, Inc., Uniloc Luxembourg, S.A.
Plaintiff

v.                                                          3:18-cv-00557
                                                            Civil Action No.

 LG Electronics U.S.A., Inc., et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

 Uniloc USA, Inc., and Uniloc Luxembourg, S.A.

_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Uniloc USA, Inc., a Texas Corporation, is a privately held corporation and a wholly owned subsidiary of Uniloc Corporation Pty. Limited., an Australian corporation, also a privately held corporation with no parent corporation.  Uniloc Luxembourg S.A. is a privately held corporation with no parent corporation. No publicly held corporation owns ten (10%) percent or more of Uniloc USA, Inc. or Uniloc Luxembourg S.A. stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Uniloc USA, Inc., Uniloc Luxembourg, S.A.

| | |
|---|---|
| Date: | 03/12/2018 |
| Signature: | /s/ Edward R. Nelson III |
| Print Name: | Edward R. Nelson III |
| Bar Number: | 00797142 |
| Address: | 3131 West 7th Street, Ste. 300 |
| City, State, Zip: | Fort Worth, TX  76107 |
| Telephone: | 817-377-9111 |
| Fax: | 817-377-3485 |
| E-Mail: | ed@nbafirm.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons