| | |
|---|---|
| James J. Foster<br>Aaron S. Jacobs (CA No. 214953)<br>PRINCE LOBEL TYE LLP<br>One International Place, Suite 3700<br>Boston, MA 02110<br>617-456-8000<br>jfoster@princelobel.com<br>ajacobs@princelobel.com<br><br>Attorneys for Plaintiffs | Jacob A. Schroeder (SBN 264717)<br>jacob.schroeder@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br><br>Additional attorneys listed on signature page<br><br>Attorney for Defendants,<br>LG Electronics U.S.A., Inc., and<br>LG Electronics Inc.<br>LG Electronics MobileComm U.S.A., Inc. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Uniloc USA Inc., Uniloc Luxembourg S.A.,<br><br>        Plaintiffs,<br><br>        v.<br><br>LG Electronics, Inc., LG Electronics U.S.A., Inc.,<br>and LG Electronics MobileComm U.S.A. Inc.,<br><br>        Defendants. | Case. No. 3:18-CV-6737-JST<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR UNILOC'S MOTION TO SUBSTITUTE;**<br><br>**SCHROEDER DECLARATION;**<br><br>**[PROPOSED] ORDER**<br><br>Honorable Jon S. Tigar |

1

Joint Stip. Re: Briefing Schedule
and [Proposed] Order
Case No. 3:18-CV-6737-JST

Pursuant to Civil L.R. 6-2 and 7-12, Defendants, LG Electronics Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc. ("LG"), and Plaintiffs, Uniloc USA Inc., and Uniloc Luxembourg S.A. ("Uniloc"), stipulate to extend the briefing schedule for Uniloc's Motion to Substitute Party, scheduled for hearing January 31, 2019.

The parties stipulate, subject to the approval of the Court, the deadline for LG's response in opposition to Uniloc's motion to substitute is extended from December 24, 2018 to January 7, 2019.

2

Joint Stip. Re: Briefing Schedule
and [P̶r̶o̶p̶o̶s̶e̶d̶] Order
Case No. 3:18-CV-6737-JST

Dated: December 14, 2018

| PRINCE LOBEL TYE LLP | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
|---|---|
| By: /s/ *James J. Foster*<br>James J. Foster<br>Aaron S. Jacobs (CA No. 214953)<br>PRINCE LOBEL TYE LLP<br>One International Place, Suite 3700<br>Boston, MA 02110<br>617-456-8000<br>jfoster@princelobel.com<br>ajacobs@princelobel.com | By: /s/ *Jacob A. Schroeder*<br>Jacob A. Schroeder (SBN 264717)<br><br>Gerald F. Ivey (pro hac vice)<br>gerald.ivey@finnegan.com<br>Anand K. Sharma (pro hac vice to be filed)<br>anand.sharma@finnegan.com<br>J. Preston Long (pro hac vice)<br>j.preston.long@finnegan.com<br>Karthik Kumar (pro hac vice to be filed)<br>karthik.kumar@finnegan.com<br>Sydney R Kestle (pro hac vice)<br>sydney.kestle@finnegan.com<br>Justin Mullen (pro hac vice)<br>Justin.mullen@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001-4313<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br><br>Minjae Kang (pro hac vice to be filed)<br>minjae.kang@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20180-5675<br>Telephone: (571) 203-2700<br>Facsimile: (571) 203-2777<br><br>Attorneys for Defendants<br>LG Electronics Inc.,<br>LG Electronics U.S.A., Inc., and<br>LG Electronics MobileComm U.S.A., Inc. |

Pursuant to Civil Local Rule 5-1(i)(3), I, Jacob A. Schroeder, hereby attest that counsel for Uniloc concurred in the filing of this document.

Dated: December 14, 2018

By: /s/ *Jacob A. Schroeder*
Jacob A. Schroeder (SBN 264717)

3

Joint Stip. Re: Briefing Schedule
and [~~Proposed~~] Order
Case No. 3:18-CV-6737-JST

```
 1  Jacob A. Schroeder (SBN 264717)
    jacob.schroeder@finnegan.com
 2  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, LLP
 3  3300 Hillview Avenue
    Palo Alto, California 94304
 4  Telephone:   (650) 849-6600
    Facsimile:   (650) 849-6666
 5
    Attorneys for Defendants
 6  LG Electronics Inc.
    LG Electronics U.S.A., Inc., and
 7  LG Electronics MobileComm U.S.A., Inc.
 8
 9                     UNITED STATES DISTRICT COURT
10                    NORTHERN DISTRICT OF CALIFORNIA
11                         SAN FRANCISCO DIVISION
12
13  Uniloc USA Inc., Uniloc Luxembourg S.A.,      Case. No. 3:18-CV-6737-JST
14                Plaintiffs,                     DECLARATION OF JACOB A.
                                                  SCHROEDER IN SUPPORT OF JOINT
15          v.                                    STIPULATION REGARDING
                                                  BRIEFING SCHEDULE FOR
16  LG Electronics, Inc., LG Electronics U.S.A., Inc.,   UNILOC'S MOTION TO SUBSTITUTE
    and LG Electronics MobileComm U.S.A. Inc.,
17                                                Honorable Jon S. Tigar
                Defendants.
18
```

19  I, Jacob A. Schroeder, declare:

20      1. I submit this declaration pursuant to Civil L.R. 6-2 in support of the Parties' Joint

21  Stipulation Regarding Briefing Schedule for Uniloc's Motion to Substitute. I have personal

22  knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and

23  would do so competently.

24      2. On March 9, 2018, Uniloc filed the present lawsuit. ECF No. 1.

25      3. LG previously requested, Uniloc agreed to provide, and the Court ordered an extension

26  up through and including June 11, 2018 for LG to respond to Uniloc's Complaint. ECF Nos. 11, 12.

27      4. On July 2, 2018, Uniloc filed a First Amended Complaint. ECF No. 28.

28

1

Joint Stip. Re: Briefing Schedule
and [Proposed] Order
Case No. 3:18-CV-6737-JST

5. LG previously requested, Uniloc agreed to provide, and the Court ordered an extension up through and including July 26, 2018 for LG to respond to Uniloc's First Amended Complaint. ECF Nos. 31, 33.

6. On July 26, 2018, LG filed a motion to transfer venue to the Northern District of California and a motion to dismiss. ECF No. 34, 35.

7. The parties requested, and the Court ordered, a one-week extension for Uniloc's responses to the motions filed by LG on July 26, 2018 and a one-week extension for LG's replies thereto. ECF Nos. 37, 38.

8. On November 5, 2018, the Northern District of Texas granted LG's motion to transfer venue, which transferred the instant case to this District. ECF No. 46.

9. On December 10, 2018, Uniloc filed a motion to substitute party. ECF No. 66. LG's opposition is currently due Christmas Eve (December 24), and Uniloc's reply is currently due New Year's Eve (December 31). The motion is currently set for hearing on January 24, 2019, at 2:00 p.m. *Id.*

10. Counsel for LG has scheduling conflicts with the deadlines imposed by the briefing schedule provided by the Local Rules, and due to the intervening holidays, the Parties met and conferred and agreed to jointly request a 14-day extension for LG's opposition.

11. The Parties have not previously requested any modifications to the briefing schedule set by rule for Uniloc's motion to substitute. The modification requested herein will affect the noticed hearing date for the motion but, because no case schedule has been set in this matter, it will not affect any other scheduled dates or events in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of December, 2018, in Palo Alto, California.

*/s/ Jacob A. Schroeder*
Jacob A. Schroeder (SBN 264717)

2

Joint Stip. Re: Briefing Schedule
and [P~~roposed~~] Order
Case No. 3:18-CV-6737-JST

MODIFIED
# [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, it is hereby ORDERED that LG's response in opposition to Uniloc's motion to substitute (ECF No. 66) will be due no later than January ~~7~~ 10, 2019. Uniloc shall file its reply by January 17, 2019.

Dated: December 18, 2018

_____
Honorable Jon S. Tigar
United States District Judge