UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILOC UNITED STATES OF AMERICA INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS U.S.A. INC., et al.,<br><br>Defendants. | Case No. 18-cv-06737-JST<br><br>**ORDER TO SHOW CAUSE** |
| UNILOC UNITED STATES OF AMERICA INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS U.S.A. INC., et al.,<br><br>Defendants. | Case No. 18-cv-06739-JST |
| UNILOC UNITED STATES OF AMERICA INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS U.S.A. INC., et al.,<br><br>Defendants. | Case No. 18-cv-06740-JST |

The Court has granted Defendants' unopposed motion to relate cases 18-cv-6737, 18-cv-6739, and 18-cv-6740. In Defendants' motion, they identified substantial similarities between these cases as the basis for relating them. ECF No. 72 at 3-4. Moreover, in proceedings in front of Judge Koh in case 18-cv-6738, Plaintiffs stated that they "could have filed one case with all four patents" involved, but that they filed four separate cases in order to avoid an inter partes

review stay of one patent affecting the remaining patents. ECF No. 72-3 at 17-18.

In light of the parties' seeming agreement that these cases can proceed as a single action, the Court hereby orders the parties to show cause why these cases should not be consolidated pursuant to Federal Rule of Civil Procedure 42(a). Any party opposing consolidation shall file a brief of no longer than 10 pages by January 31, 2019. If no party files an opposition by that date, the Court will consolidate the cases. If both parties file an opposition, the matter will be placed under submission unless the Court sets a hearing on the question of whether to consolidate the cases. If only one party files an opposition, the other party will have until February 14, 2019 to file a brief in favor of consolidating the case, at which time the Court will take the matter under submission unless the Court sets a hearing.

In any consolidated action, the parties shall be limited to a combined total of ten claim construction terms pursuant to Patent Local Rule 4-3(c).

**IT IS SO ORDERED.**

Dated: January 15, 2019



JON S. TIGAR
United States District Judge