UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILOC USA INC, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS U.S.A. INC., et al.,<br><br>      Defendants. | Case No. 18-cv-06737-JST<br><br>**ORDER CONTINUING HEARING ON MOTIONS TO DISMISS**<br><br>Re: ECF No. 87 |
| UNILOC USA INC, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS U.S.A. INC., et al.,<br><br>      Defendants. | Case No. 18-cv-06739-JST<br><br><br>Re: ECF No. 67 |
| UNILOC USA INC, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS U.S.A. INC., et al.,<br><br>      Defendants. | Case No. 18-cv-06740-JST<br><br><br>Re: ECF No. 79 |

Before the Court are Defendants' motions to dismiss in three related cases, which are currently set for hearing on April 18, 2019. No. 18-cv-06737-JST, ECF No. 87; No. 18-cv-06739-JST, ECF No. 67; No. 18-cv-06740-JST, ECF No. 79. After Defendants filed these motions, Plaintiffs filed a motion for leave to file a second amended complaint in each case. No. 18-cv-06737-JST, ECF No. 90; No. 18-cv-06739-JST, ECF No. 80; No. 18-cv-06740-JST, ECF No. 82. Plaintiffs' motions are noticed for hearings on May 9, 2019.

The Court hereby CONTINUES the April 18, 2019 hearing on Defendants' motions to dismiss to May 9, 2019.   The April 18, 2019 hearing on Defendants' motions to stay these proceedings pending *inter partes* review remains as scheduled.

**IT IS SO ORDERED.**

Dated: April 9, 2019



_____
JON S. TIGAR
United States District Judge