1  James J. Foster
   Aaron S. Jacobs (CA No. 214953)
2  Prince Lobel Tye LLP
   One International Place, Suite 3700
3  Boston, MA 02110
   617-456-8000
4  jfoster@princelobel.com
   ajacobs@princelobel.com
5
   Attorneys for Plaintiffs
6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10 | UNILOC 2017 LLC, UNILOC USA, INC. ) | Case No.: 3:18-cv-06737-JST
   | and UNILOC LUXEMBOURG, S.A.,      ) | Case No.: 3:18-cv-06739-JST
11 |                                   ) | Case No.: 3:18-cv-06740-JST
   |              Plaintiffs,          ) |
12 |                                   ) | **CIVIL LOCAL RULE 6-2 JOINT**
   | v.                                ) | **STIPULATED REQUEST FOR ORDER**
13 |                                   ) | **CHANGING TIME & ORDER**
   | LG ELECTRONICS U.S.A., INC.,      ) | **THEREON**
14 | LG ELECTRONICS MOBILECOMM         ) |
   | U.S.A., INC. and LG ELECTRONICS, INC., ) |
15 |                                   ) |
   |              Defendants.          ) |
16 |                                   ) |

17

18        Pursuant to Civil Local Rule 6-2, Plaintiffs, Uniloc 2017 LLC, Uniloc USA, Inc., and

19 Uniloc Luxembourg, S.A. (together, "Uniloc") and Defendants LG Electronics U.S.A., Inc., LG

20 Electronics Mobilecomm U.S.A., Inc., and LG Electronics, Inc. (together, "LGE"), hereby

21 stipulate as follows:

22        WHERAS, LGE filed its response to Uniloc's Motion for Leave to File Second Amended

23 Complaint on April 5, 2019;

24        WHEREAS, Uniloc's Reply in Support of its Motion for Leave to File Second Amended

25 Complaint is due on April 12, 2019;

26        WHEREAS, James J. Foster, Uniloc's lead counsel, has been out of the office April 9-12

27 attending depositions in another matter;

28        WHEREAS this would be the first extension in this case regarding this motion;

3176699.v1

1  WHEREAS, a three day enlargement of Uniloc's time to file its Reply in support of its motion to April 15, 2019 will not impact any hearing or proceeding on the Court's calendar;

NOW, THEREFORE, in consideration of the forgoing, Uniloc and LGE stipulate, subject to the approval of the Court, that Uniloc's time to file its Reply in Support of its Motion for Leave to File Second Amended Complaint be enlarged to and including April 15, 2019.

IT IS SO STIPULATED.

Date: April 12, 2019

*/s/ James J. Foster*
James J. Foster
Aaron S. Jacobs (CA No. 214953)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

Attorneys for Plaintiffs


*/s/ Jacob A. Schroeder*
Jacob A. Schroeder (SBN 264717)
Gerald F. Ivey (*pro hac vice*)
gerald.ivey@finnegan.com
Anand K. Sharma (*pro hac vice*)
anand.sharma@finnegan.com
J. Preston Long (*pro hac vice*)
j.preston.long@finnegan.com
Karthik Kumar (*pro hac vice* to be filed)
karthik.kumar@finnegan.com
Sydney R Kestle (*pro hac vice*)
sydney.kestle@finnegan.com
Justin N. Mullen (*pro hac vice*)
justin.mullen@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4313
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

3176699.v1

| | |
|---|---|
| 1 | Minjae Kang (*pro hac vice* to be filed) |
| 2 | minjae.kang@finnegan.com |
| | FINNEGAN, HENDERSON, FARABOW, |
| | GARRETT & DUNNER, LLP |
| 3 | Two Freedom Square |
| | 11955 Freedom Drive |
| 4 | Reston, VA 20180-5675 |
| | Telephone: (571) 203-2700 |
| 5 | Facsimile: (571) 203-2777 |

Attorneys for Defendants
LG Electronics Inc.,
LG Electronics U.S.A., Inc., and
LG Electronics MobileComm U.S.A., Inc.

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I attest that concurrence in the filing of this document has been obtained.

*/s/ James J. Foster*

**IT IS SO ORDERED** that the foregoing Agreement is approved.

Dated: April 15, 2019         */s/*
                              JON S. TIGAR
                              United States District Judge

## CERTIFICATE OF SERVICE

I certify that on April 12, 2019 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ James J. Foster*

3176699.v1